**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:20-cv-24128-KMW**

MSP RECOVERY CLAIMS, SERIES LLC, *et al.*,

    Plaintiffs,

v.

INFINITY AUTO INSURANCE COMPANY, *et al.*,

    Defendants.

_____/

**JOINT MOTION FOR ENTRY OF AGREED ORDER OF
<u>DISMISSAL WITHOUT PREJUDICE</u>**

The parties hereby move the Court, by and through counsel, for an order dismissing the case without prejudice and with all parties bearing their own fees and costs. This motion is made because the parties are in the process of further considering and conferring regarding their respective positions. Dismissal of the case without prejudice and according to the terms set forth herein will promote economy of resources for the parties and judicial economy because neither the Parties nor the Court will need to expend time and resources on the matter pending the parties' considerations discussed above. In connection with this Motion, the Parties have entered into a tolling agreement ensuring that, with respect to Plaintiffs' assigned claims, any subsequent filing, should it become necessary, will relate back to the filing of this Action. A proposed order is filed herewith.

Date: April 28, 2021

Respectfully submitted:

| | |
|---|---|
| */s/ Francesco A. Zincone* | */s/ Angel A. Cortiñas* |
| Francesco Zincone, Esq, FBN 100096 | Angel A. Cortiñas, Esq. FBN 797529 |
| **ARMAS BERTRAN PIERI** | **GUNSTER** |
| 4960 S.W. 72nd Avenue | 600 Brickell Avenue, Suite 3500 |
| Miami, Florida 33155 | Miami, Florida 33131 |
| Telephone: (305) 461-5100 | Telephone: 305-376-6000 |
| fzincone@armaslaw.com | acortinas@gunster.com |
| | |
| **Courtney L. Stidham, Esq.** | **Steven M. Levy, Esq.** |
| (admitted *pro hac vice*) | (admitted *pro hac vice*) |
| LA Bar No 37322 | **DENTONS US LLP** |
| AL Bar No. 8057N76P | 233 South Wacker Drive, Suite 5900 |
| **PENDLEY, BAUDIN & COFFIN, LLP** | Chicago, Illinois 60606 |
| 1100 Poydras Street, Suite 2505 | Telephone: 312-876-8000 |
| New Orleans, Louisiana 70163 | Facsimile: 312-876-7934 |
| Telephone: (504) 355-0086 | steven.levy@dentons.com |
| courtney.stidham@pbclawfirm.com | |
| | *Counsel for Defendants* |
| *Counsel for Plaintiffs* | |

## CERTIFICATE OF SERVICE

I certify that on this day I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

*/s/ Francesco A. Zincone*
Francesco A. Zincone