## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:20-cv-24128-KMW

MSP RECOVERY CLAIMS, SERIES
LLC, *et al.*,

      Plaintiffs,

      v.

INFINITY AUTO INSURANCE
COMPANY, *et al.*,

       Defendants.

_____/

### ORDER OF DISMISSAL WITHOUT PREJUDICE

This cause having come before the Court upon the Parties' Joint Motion for Entry of

Order of Dismissal Without Prejudice (the "Joint Motion"), and the Court having reviewed the

Joint Motion and being otherwise fully advised in the premises, and good cause having been

shown, it is hereby

ORDERED that:

1. The Joint Motion is GRANTED.

2. This Action is hereby dismissed *without prejudice,* and with all parties to bear their own
   fees and costs.

Done and Ordered in Chambers at Miami-Dade County, Florida, this ___ day of April, 2021.


_____
    HON. JUDGE KATHLEEN WILLIAMS
    U.S. DISTRICT COURT JUDGE